# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

v.

MEIJER, INC.,

      Defendant.
_____/

Case No: 5:19-cv-12332-JEL-RSW
Hon. Judith E. Levy
Magistrate Judge R. Steven Whalen

| | |
|---|---|
| Dale R. Price, Jr. (P55578) | Thomas M. Miller (P37746) |
| Attorney for Plaintiff | Attorney for Defendant |
| EEOC – Detroit Field Office | Meijer Legal Dept. |
| 477 Michigan Ave., Room 865 | 2929 Walker Ave., N.W. |
| Detroit, MI 48226 | Grand Rapids, MI 49544 |
| 313-226-7808 | 616-791-3007 |
| Dale.Price@eeoc.gov | Tom.Miller@meijer.com |

_____/

## AGREED MOTION FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

Counsel for Defendant Meijer Stores Limited Partnership (incorrectly identified as "Meijer, Inc.") has consulted with counsel for Plaintiff EEOC regarding an extension of time to respond to the Complaint. The parties have agreed that the time in which Defendant may move, answer or otherwise plead in response to the Complaint is extended up to and including September 17, 2019. The reason for this extension is that Defendant requires additional time to prepare a response to the Complaint. Plaintiff's counsel has consented to the entry of this Agreed Motion.

WHEREFORE, the parties respectfully request this Court's entry of an Order Granting Extension of Time to Respond to Complaint as set forth within this Agreed Motion and for any additional relief this Court deems proper.

                                            Respectfully submitted,

Dated: September 9, 2019                  By:   */s/ Thomas M. Miller*
                                                       Thomas M. Miller (P37746)
                                                       Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

v.

MEIJER, INC.,

      Defendant.
_____/

Case No: 5:19-cv-12332-JEL-RSW
Hon. Judith E. Levy
Magistrate Judge R. Steven Whalen

| | |
|---|---|
| Dale R. Price, Jr. (P55578) | Thomas M. Miller (P37746) |
| Attorney for Plaintiff | Attorney for Defendant |
| EEOC – Detroit Field Office | Meijer Legal Dept. |
| 477 Michigan Ave., Room 865 | 2929 Walker Ave., N.W. |
| Detroit, MI 48226 | Grand Rapids, MI 49544 |
| 313-226-7808 | 616-791-3007 |
| Dale.Price@eeoc.gov | Tom.Miller@meijer.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to Dale.Price@eeoc.gov.

      By: */s/ Thomas M. Miller*
      Thomas M. Miller (P37746)
      Attorney for Defendant